In the Matter of the Claim of MARY C. FAHEY et al., Respondents, against CHARLES P. BOLAND & COMPANY et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

*Fahey v. Boland & Co.*, 186 App. Div. 923, affirmed.

(Argued April 8, 1919; decided April 22, 1919.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 25, 1918, which unanimously affirmed an award of the state industrial commission made under the Workmen's Compensation Law. Defendants contended that the claimants, mother, brothers and sisters, were not dependent upon the decedent at the time of the accident.

*Neile F. Towner* for appellants.

*Charles D. Newton*, Attorney-General (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.